IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. 4:06CV3059 |
| Plaintiff,  ) | |
| ) | |
| v.  ) | ORDER OF DISMISSAL |
| ) | |
| CALVIN L. STERNS, JODI STERNS,  ) | |
| AND FARM CREDIT SERVICES OF  ) | |
| AMERICA,  ) | |
| ) | |
| Defendant(s).  ) | |

This matter is before the Court on the Plaintiff's Motion for Dismissal. The Court finds that the motion complies with the requirements of Fed. R. Civ. P. 41(a)(2), and action should be dismissed.

IT IS ORDERED:

1. Plaintiff's Motion for Dismissal (Filing No. 9) is granted;

2. The Amended Complaint and all claims in this matter are dismissed without prejudice; and

3. The parties shall pay their own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 30th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge